# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **KENNETH DALE HOWE AND GWENDOLYN SUE HOWE** | * CIVIL ACTION NO. 05-0143 |
| | * JUDGE JAMES |
| **VERSUS** | |
| | * MAGISTRATE JUDGE HAYES |
| **JOHN E. HUGHES, WARD 2 CEMETERY ASSOCIATION, and MOREHOUSE PARISH POLICE JURY** | |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Defendants' motion for summary judgment (Document No. 36) is hereby **GRANTED, and this matter is dismissed with prejudice at Plaintiff's cost.**

THUS DONE AND SIGNED this 24th day of April, 2006, in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE